Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Christopher Mir

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER MIR,<br><br>　　　　Defendant | Case No.: CR 16-382 HSG (KAW)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE |

　　　The parties hereby stipulate and agree that the Defendant Christopher Mir may change residence to move to Beaverton, OR and live with his sister, Carissa Mir (who is also the surety on his bond).

　　　By way of background, Mr. Mir was released from custody by this court at his initial appearance with undersigned counsel on August 26, 2016.  He was the only individual who signed on the bond that day.  A further bond hearing was set for September 12, 2016 in order to have a full bail study prepared.  At that appearance, Carissa Mir appeared by telephone and agreed to co-sign on the bond at issue. On September 14, 2016, she signed the bond in the District Court in Portland, OR.  That document was promptly provided to this court.

　　　Since being released from custody, and through today, Mr. Mir has been living in Palmdale, CA with his girlfriend's aunt and uncle, as that was the only option available to him in California.  Mr. Mir is originally from North Carolina and had only been living in the Bay Area

for the preceding 2-3 months prior to his arrest.  As such, it had always been anticipated that he may move in with his sister in Oregon, as she is his closest family (which was also discussed at both aforementioned bond hearings).  She remains willing to have Mr. Mir reside with her and her family.

At this time, he is no longer able to remain in the Palmdale residence, as the aunt/uncle are moving (by the end of the month) and have recently told him and his girlfriend that they need to leave the house immediately.

Since release, Mr. Mir has complied with all terms of release without issue.  He has obtained a job at Applebee's Restaurant in Palmdale, has been attending therapy, and has been drug tested.  Since the decision to move to Oregon (and need to vacate the house in Palmdale), he has also sought employment at an Applebee's near his sister's home, as well as with Amazon.  Both companies would like to set up an interview with him as soon as he is in the area.

For all the foregoing reasons, Mr. Mir requests permission from this Court to make that move immediately.  He has a vehicle and can drive to/from court appearances as necessary.

Pretrial Services has no objection to this request.  Pretrial's only concern is that, to the extent his sister uses marijuana (which is legal for recreational purposes in Oregon), that it not be used in his presence. Moreover, she informed undersigned defense counsel that it will not be in an area of the residence accessible to Mr. Mir.

As such, the parties stipulate and agree that the terms of Mr. Mir's pretrial release be modified as follows:

1. Mr. Mir may change residence to live with his sister, Carissa Mir, in Beaverton, Oregon.  Her address was provided to the Court when she co-signed on the bond.
2. Mr. Mir may travel within the Northern District of California and the District of Oregon.  He may further travel within the Eastern District of California, as needed to travel to/from Court and/or meetings with his counsel.

All other terms of pretrial release remain in full force and effect.

//

STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE     2

**SO STIPULATED**:

Dated: November 7, 2016          _____/s/_____
                                 Adam Pennella
                                 Counsel for Christopher Mir

Dated: November 7, 2016          BRIAN STRETCH
                                 UNITED STATES ATTORNEY

                                 _____/s/_____
                                 Frank Riebli
                                 Assistant United States Attorney

**SO ORDERED**:

Dated: 11/8/16                   _____
                                 Honorable Kandis A. Westmore
                                 United States Magistrate Judge