1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
5  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
8       FAX: (415) 436-7234
        jason.kleinwaks@usdoj.gov
9
10 Attorneys for United States of America

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14
15 UNITED STATES OF AMERICA,           ) CASE NO. CR 16-382 HSG
                                       )
16         Plaintiff,                  ) MOTION AND ORDER TO FILE EXHIBITS A
                                       ) AND B UNDER SEAL
17     v.                              )
                                       )
18 CHRISTOPHER MIR,                    )
                                       )
19         Defendant.                  )
                                       )
20                                     )
                                       )
21

22     The United States, by and through its undersigned counsel of record, moves this Court for an
23 order sealing Exhibits A and B to the Declaration of Jason Kleinwaks, which is submitted to support the
24 United States' Opposition to Defendant's Motion for Compassionate Release.  Exhibits A and B contain
25 Defendant's BOP medical records received from BOP counsel.  These records contain sensitive and
26 confidential information.  Accordingly, the United States requests that the Court seal these documents,
27 except that the Clerk of the Court shall provide copies of the sealed document to employees of the
28 United States Attorney's Office.

| | | |
|---|---|---|
| 1 | Dated:  February 3, 2021 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |
| 4 | | /s/ Jason Kleinwaks |
| 5 | | JASON KLEINWAKS<br>Assistant United States Attorney |

**ORDER**

Upon motion of the United States and good cause having been shown, it is hereby ordered that Exhibits A and B to the Declaration of Jason Kleinwaks shall be filed under seal except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office and counsel for Defendant.

IT IS SO ORDERED.

Dated: 2/4/2021

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge